RECEIPT NUMBER
200522730

42. Pgs
Attach A-O.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

# ORIGINAL

NEW WORLD AVIATION, INC.
a New Jersey Corporation,

      Plaintiff,

v.

LA-VAN HAWKINS,
an individual,

      Defendant.

_____/

```
JUDGE : Cook, Julian Abele, Jr.
DECK  : S. Division Civil Deck
DATE  : 03/14/2005 @ 16:13:31
CASE NUMBER : 2:05CV70990
CMP NEW WORLD AVIATION V. LAVAN
HAWKINS (DA)
```

MAGISTRATE JUDGE R. STEVEN WHALEN

## COMPLAINT FOR BREACH OF CONTRACT, PROMISSORY ESTOPPEL, QUASI CONTRACT-UNJUST ENRICHMENT, AND ACCOUNT STATED

New World Aviation, Inc., by and through its undersigned counsel, for its Complaint against La-Van Hawkins, alleges as follows:

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the Defendant resides here, and a substantial part of the events or omissions giving rise to the claims occurred here.

### THE PARTIES

3.    New World Aviation, Inc. ("New World"), is a corporation organized and existing under the laws of New Jersey, with its principal place of business at 987 Postal Road, Allentown, Lehigh County, Pennsylvania, 18109.

4.      Upon information and belief, Defendant La-Van Hawkins ("Hawkins") is a citizen of the State of Michigan.

## FACTUAL ALLEGATIONS

5.      Defendant contracted with New World from on or about December 12, 2002, to on or about July 19, 2003, ("the term of the Contracts") for the purchase of New World's chartered jet air transportation services and products, including, but not necessarily limited to, numerous aircraft flights to and from several cities throughout the United States, including Detroit, in the State of Michigan, limosines to and from the airports, food and beverages on board the flights, and air telephone services ("air transportation services and products").

6.      During the term of the Contracts, Defendant Hawkins delivered verbal and written purchase orders, via telephone and facsimile, to New World at New World's headquarters in Allentown, Pennsylvania, for air transportation services and products, for the benefit of the Defendant.

7.      In response to the purchase orders from Defendant, New World's general practice was to deliver Defendant a detailed written statement of the requested air transportation services and products and the anticipated charges ("Quote Sheet") for the requested services and products.  In reply, Defendant either confirmed the statements and accepted the anticipated charges, or modified the requested services and products.  In the event that Defendant modified the requested services and products, New World adjusted the charges accordingly.

8.      For each purchase order delivered by Defendant to New World, the parties (a) agreed on a specific price on an item-by-item basis, or (b) agreed that New World would charge and Defendant would pay New World's current rates and prices for the air transportation services and products that Defendant had ordered.

9.     The parties agreed that Defendant would pay New World within 30 days (i.e., "net 30") from the date of New World's Invoices, plus 1.5% in interest per month on amounts due and not paid within the 30 days.

10.     Defendant placed numerous purchase orders for air transportation services and products with New World during the term of the Contracts, for the benefit of Defendant, who was a passenger on all of the chartered aircraft flights operated by New World.

11.     Defendant was the recipient of the benefits of all of the air transportation services and products rendered by New World in consideration of, and in reliance upon, the Defendant's promises to pay for the services and products.

12.     New World issued Invoices to Defendant that listed the air transportation services and products that it had rendered and that Defendant had received the benefit of, and also listed the charges that Defendant agreed to pay for the services and products.  (Exhibits A though N).

13.     New World has demanded payment in writing, but Defendant has failed to pay the amounts that remain due and owing to New World for the air transportation services and products that it rendered to Defendant during the term of the Contracts.

14.     The balances of the amounts due and owing by Defendant to New World for air transportation services and products, as stated in New World Invoices delivered to Defendant, are as follows:

a.     $10,518.00 per Invoice No. 15427, dated April 24, 2003 and due May 24, 2003, for services and products delivered on April 23 – 24, 2003.  The original invoice was issued in the amount of $23,649.13.  Part of that amount has been paid, with the outstanding balance being $10,518.00;

b.      $13,813.16 per Invoice No. 15448, dated April 29, 2003 and due May 29, 2003,

for services and products delivered on April 29, 2003;

c.      $4,878.35 per Invoice No. 15463, dated April 30, 2003 and due June 5, 2003, for

services and products delivered on April 2-6, 2003;

d.      $4,550.00 per Invoice No. 15492, dated May 13, 2003 and due June 12, 2003, for

services and products delivered on May 8 – 12, 2003.  The original invoice was issued in

the amount of $44,814.40.  Part of that amount has been paid, with the outstanding

balance being $4,550.00;

e.      $373.96 per Invoice No. 15595, dated May 14, 2003 and due June 13, 2003, for

services and products delivered on May 8 – 12, 2003;

f.      $25,808.53 per Invoice No. 15548, dated May 26, 2003 and due June 25, 2003,

for services and products delivered on May 25 – 27, 2003;

g.      $327.86 per Invoice No. 15562, dated May 28, 2003 and due June 27, 2003, for

services and products delivered on April 2 – 6, 2003;

h.      $242.57 per Invoice No. 15558, dated May 28, 2003 and due June 27, 2003, for

services and products delivered on April 23 – 24, 2003;

I.      $55,268.41 per Invoice No. 15591, dated June 3, 2003 and due July 3, 2003, for

services and products delivered on May 29 – June 3, 2003;

j.      $188.70 per Invoice No. 15656, dated June 20, 2003 and due July 20, 2003, for

services and products delivered on May 29 – June 3, 2003;

k.      $50.47 per Invoice No. 15657, dated June 20, 2003 and due July 20, 2003, for

services and products delivered on May 8 – 12, 2003;

l.    $42,981.13 per Invoice No. 15679, dated June 24, 2003, and due July 24, 2003, for services and products delivered on June 20 – 24, 2003;

m.    $24,543.35 per Invoice No. 15722, dated July 8, 2003 and due August 8, 2003, for services and products delivered on July 5 – 7, 2003;

n.    $30,501.59 per Invoice No. 15795, dated July 19, 2003 and due August 18, 2003, for services and products delivered on July 17 – 19, 2003.

15.    True and accurate copies of New World's Invoices, in paragraph 14 a. though n. of this Complaint, are attached as Exhibits A through N and are incorporated herein ("Invoices").

16.    A true and correct copy of an account statement summarizing the New World Invoices and the amounts that Defendant owes and has not paid to New World is attached as Exhibit O and is incorporated herein ("Account Statement"). The unpaid total sum of the New World Invoices is approximately $214,046.00, plus interest at the rate agreed upon, namely, 1.5% per month on amounts due and not paid within the 30 days from the date of New World's invoices.

17.    Defendant has not claimed that the air transportation services and products for which payment is due and owing was not delivered to him, and he has not objected to the charges or the amounts of the outstanding balances.

## PRIOR PROCEEDINGS

18.    New World has previously sought to recoup the sums at issue in this Action by judicial process. New World filed suit in this Court in Case No. 03-74565 (BAF) on November 13, 2003, against Defendant and La-Van Hawkins Food Group, LLC ("Food Group"). New World was able to serve Food Group, but despite its best efforts, New World was never able to locate and serve Defendant.

19.     Food Group never answered New World's Complaint, and the Court entered a default judgment against Food Group on April 28, 2004.  To date, New World has been unable to execute that judgment.  Because New World was unable to serve Defendant within 120 days, the case was eventually closed.

## COUNT I

## BREACH OF EXPRESS CONTRACTS

21.     New World incorporates Paragraphs 1 through 19 of this Complaint as if set forth herein.

22.     Defendant expressly contracted with and agreed to pay New World for air transportation services and products.

23.     New World, in consideration of the promises of Defendant to pay, performed the Contracts with the Defendant by providing the requested services and products.

24.     Defendant has failed to pay New World and has thereby materially breached express Contracts with New World.

25.     Defendant's material breaches of express Contracts with New World have damaged New World in the amounts stated in the Invoices and the Account Statement attached hereto as Exhibits A through O, and in the total sum of approximately $214,046.00, plus interest and the legal fees and costs of this action.

## COUNT II

## BREACH OF IMPLIED CONTRACTS

26.     New World incorporates Paragraphs 1 through 25 of this Complaint as if set forth herein.

27.    Defendant impliedly contracted with and agreed to pay New World for air transportation services and products by requesting and accepting such services and products.

28.    New World, in consideration of the implied promises of Defendant to pay, performed the Contracts with the Defendant by providing the requested services and products.

29.    Defendant has failed to pay New World and has thereby materially breached his implied Contracts with New World.

30.    Defendant's material breaches of implied Contracts with New World have damaged New World in the amounts stated in the Invoices and the Account Statement attached hereto as Exhibits A through O, and in the total sum of approximately $214,046.00, plus interest and the legal fees and costs of this action.

<div align="center">

**COUNT III**

**<u>PROMISSORY ESTOPPEL</u>**

</div>

31.    New World incorporates Paragraphs 1 through 30 of this Complaint as if set forth fully herein.

32.    Defendant represented and gave promises, expressly and impliedly, to New World that he would pay New World its charges for the air transportation services and products that the Defendant requested.

33.    Defendant intended for New World to rely upon his representations and promises concerning payment for the services and products that New World rendered to the Defendant.

34.    In reliance on Defendant's representations and promises, New World provided the requested valuable air transportation and services.

35.     It was reasonable for New World to rely upon Defendant's representations and promises to pay for the services and products, and New World did in fact rely upon the representations and promises of Defendant to New World's detriment and harm.

36.     Defendant is now estopped from denying that he owe the sums in the Invoices and the Account Statement, attached hereto as Exhibits A through O, to New World, and which amount to the total sum of approximately $214,046.00, plus interest and the legal fees and costs of this action.

## COUNT IV

## QUASI CONTRACTS-UNJUST ENRICHMENT

37.     New World incorporates Paragraphs 1 through 36 of this Complaint as if set forth fully herein.

38.     New World delivered valuable air transportation services and products to Defendant, which the Defendant requested, accepted, and enjoyed the benefits of.

39.     The charges set forth in the Invoices and the Account Statement, Exhibits A through O, are fair and reasonable charges for the air transportation services and products New World delivered to Defendant.

40.     The Defendant has been unjustly enriched by his failure to pay New World for the valuable services and products that New World delivered and that the Defendant accepted and enjoyed the benefits of.

41.     Defendant has been unjustly enriched in the amounts stated in the Invoices and the Account Statement, attached hereto as Exhibits A through O, and which amount to the total sum of approximately $214,046.00, plus interest and the legal fees and costs of this action.

## COUNT V

## <u>ACCOUNT STATED</u>

42.     New World incorporates Paragraphs 1 through 41 of this Complaint as if set forth fully herein.

43.     Defendant maintained an open account with New World whereby Defendant would request New World to provide air transportation services and products at the prices set forth in the Invoices and the Account Statement attached as Exhibits A through O.

44.     New World demanded payment from Defendant for payment of its outstanding Invoices.

45.     Defendant has not denied that the services and products were delivered and that he accepted and enjoyed the benefits thereof, and Defendant has not objected to the charges described in Exhibits A through O.

46.     Defendant has neglected, failed and/or refused to pay any of the sums due and owing New World as reflected in the Invoices.

47.     The charges described in Exhibits A through O, for services and products rendered by New World, constitute an account stated against Defendant.

48.     The amounts of the account stated for which Defendant is liable to New World are shown in the Invoices and the Account Statement,  attached hereto as Exhibits A through O, and which amount to the sum of approximately $214,046.00, plus interest and the legal fees and costs of this action.

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE,** New World demands judgment against Defendant in the amounts that are listed in paragraph 14 a. through n. of this Complaint, the sum of which  is $214,046.00, and

(a)  interest on the outstanding balance of each Invoice at the rate of 1.5% per month from the due date of each Invoice through the date of judgment;

(b)  interest on the judgment amount at the legal rate (6% per annum) from the date of judgment through the date of payment;

(c)  the costs and fees associated with this action; and

(d)  such other relief as the Court deems just and appropriate.

Respectfully submitted,

WALTON & DONNELLY, P.C.

By
Jonathan T. Walton, Jr. (P32969)
1550 Buhl Building
535 Griswold Street
Detroit, MI 48226
313) 963-8989
Attorneys for Plaintiff,
New World Aviation, Inc.

OF COUNSEL:
John C. Lenahan
Matthew F. Scarlato
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
202-624-2500 (phone)
202-628-5116 (fax)

ATTORNEYS FOR PLAINTIFF,
NEW WORLD AVIATION, INC.

Dated: March 14, 2005

# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 4/24/2003 | 15427 |
| TERMS | DUE DATE |
| Net 30 | 5/24/2003 |
| REF# | T04230321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N211SJ | 04/23/03-04/24/03 | DET/BWI/DET/MDW | | |
| **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Flight Time Charges | | 5.4 | 3,500.00 | 18,900.00T |
| Customer Service Representative | | 2 | 350.00 | 700.00T |
| Crew Overnight Expenses | | 1 | 825.00 | 825.00T |
| Landing Fees | | | 625.00 | 625.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | | 5 | 3.00 | 15.00 |
| Ground Transportation | | | 639.36 | 639.36 |
| Catering | | | 366.02 | 366.02 |
| Federal Excise Tax | | | 7.50% | 1,578.75 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| **Total** | **$23,649.13** |
|---|---|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.





## New World Aviation

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/29/2003 | 15448 |
| **TERMS** | **DUE DATE** |
| Net 30 | 5/29/2003 |
| **REF#** | T042903M1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|----------------------|------------|---------|--|--|
| GIIB/N305SJ | 04/29/03 | MDW/DET | | |
| **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Flight Time Charges | | 3.4 | 3,500.00 | 11,900.00T |
| Customer Service Representative | | 1 | 350.00 | 350.00T |
| Landing Fees | | | 300.00 | 300.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | | 1 | 3.00 | 3.00 |
| Ground Transportation | | | 226.56 | 226.56 |
| Catering | | | 92.35 | 92.35 |
| Federal Excise Tax | | | 7.50% | 941.25 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| **Total Due** | $13,813.16 |
|---------------|------------|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.



# Invoice

## New World Aviation

| DATE | INVOICE # |
|---|---|
| 4/30/2003 | 15463 |
| TERMS | DUE DATE |
| Net 30 | 6/5/2003 |
| REF# | T040203M1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N305SJ | 04/02/03-04/06/03 | PDK/LAX/SDL/DET/LGA/MDW/DET | | |
| DESCRIPTION | | QUANTITY | RATE | AMOUNT |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Ground Transportation | | | 550.40 | 550.40 |
| Deicing | | | 4,026.00 | 4,026.00T |
| | | | | |
| Transportation & Deicing charges not billed on original invoice. | | | | |
| Federal Excise Tax | | | 7.50% | 301.95 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| **Total Due** | $4,878.35 |
|---|---|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.



# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 5/13/2003 | 15492 |
| **TERMS** | **DUE DATE** |
| Net 30 | 6/12/2003 |
| **REF#** | T05080321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI 48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N211SJ | 05/08/03-05/12/03 | DET/LGA/DET/MDW/DTW/PDK | | |
| **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Flight Time Charges | | 8.7 | 3,500.00 | 30,450.00T |
| Minimum Daily Fee | | 1.3 | 3,500.00 | 4,550.00T |
| Customer Service Representative | | 5 | 350.00 | 1,750.00T |
| Crew Overnight Expenses | | 4 | 825.00 | 3,300.00T |
| Landing Fees | | | 1,350.00 | 1,350.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | | 9 | 3.00 | 27.00 |
| Ground Transportation | | | 176.93 | 176.93 |
| Catering | | | 105.47 | 105.47 |
| Federal Excise Tax | | | 7.50% | 3,105.00 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.

| **Total Due** | $44,814.40 |
|---|---|

*Bal Due #4550.00*



# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 5/14/2003 | 15595 |
| **TERMS** | **DUE DATE** |
| Net 30 | 6/13/2003 |
| **REF#** | T05080321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N211SJ | 05/08/03-05/12/03 | DET/LGA/DET/MDW/DTW/PDK | | |
| **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins Catering  Catering not billed on original invoice. | | | 373.96 | 373.96 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| | |
|---|---|
| **Total Due** | $373.96 |

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.



# Invoice



## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 5/26/2003 | 15548 |
| TERMS | DUE DATE |
| Net 30 | 6/25/2003 |
| REF# | T052503D1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GII/N400D | 05/25/03-05/27/03 | DET/PDK/DET | | |
| **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Flight Time Charges | | 5 | 3,400.00 | 17,000.00T |
| Minimum Daily Fee | | 1 | 3,400.00 | 3,400.00T |
| Customer Service Representative | | 3 | 350.00 | 1,050.00T |
| Crew Overnight Expenses | | 2 | 825.00 | 1,650.00T |
| Landing Fees | | | 400.00 | 400.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | | 2 | 3.00 | 6.00 |
| Ground Transportation | | | 390.04 | 390.04 |
| Catering | | | 149.99 | 149.99 |
| Federal Excise Tax | | | 7.50% | 1,762.50 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.

| **Total Due** | **$25,808.53** |
|---|---|





# New World Aviation

| DATE | INVOICE # |
|---|---|
| 5/28/2003 | 15562 |
| TERMS | DUE DATE |
| Net 30 | 6/27/2003 |
| REF# | T040203M1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N305SJ | 04/02/03-04/06/03 | PDK/LAX/SDL/DET/LGA/MDW/DET | | |
| DESCRIPTION | | QUANTITY | RATE | AMOUNT |
| Lead Passenger: Mr. La-Van Hawkins Sky Phone Charges | | | 327.86 | 327.86 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| | Total | $327.86 |
|---|---|---|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.

www.newworldaviation.com
987 Postal Road  •  Allentown, Pa. 18109 - 9585
877.359.0100  •  USA 610.231.9555  •  Fax 610.231.9566  •  Maint.Fax 610.231.8768



# Invoice

## New World Aviation

| DATE | INVOICE # |
|---|---|
| 5/28/2003 | 15558 |
| **TERMS** | **DUE DATE** |
| Net 30 | 6/27/2003 |
| **REF#** | T04230321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N211SJ | 04/23/03-04/24/03 | DET/BWI/DET/MDW | | |
| **DESCRIPTION** | **QUANTITY** | **RATE** | **AMOUNT** | |
| Lead Passenger: Mr. La-Van Hawkins<br>Sky Phone Charges | | 242.57 | 242.57 | |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.

| | |
|---|---|
| **Total Due** | $242.57 |

www.newworldaviation.com
987 Postal Road • Allentown, Pa. 18109 - 9585
877.359.0100 • USA 610.231.9555 • Fax 610.231.9566 • Maint.Fax 610.231.8768



# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 6/3/2003 | 15591 |
| TERMS | DUE DATE |
| Net 30 | 7/3/2003 |
| REF# | T05290321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI  48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING |
|---|---|---|
| GIIB/N211SJ | 05/29/03-06/03/03 | DTW/LGA/DET/CAE/DTW/DET |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Lead Passenger: Mr. La-Van Hawkins | | | |
| Flight Time Charges | 7.8 | 3,500.00 | 27,300.00T |
| Minimum Daily Fee | 4.2 | 3,500.00 | 14,700.00T |
| Customer Service Representative | 6 | 350.00 | 2,100.00T |
| Crew Overnight Expenses | 5 | 825.00 | 4,125.00T |
| Landing Fees | | 1,600.00 | 1,600.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | 9 | 3.00 | 27.00 |
| Ground Transportation | | 393.28 | 393.28 |
| Catering | | 1,286.25 | 1,286.25 |
| Federal Excise Tax | | 7.50% | 3,736.88 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

**Total Due**     $55,268.41

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.

www.newworldaviation.com
987 Postal Road  •  Allentown, Pa. 18109 - 9585
877.359.0100  •  USA 610.231.9555  •  Fax 610.231.9566  •  Maint.Fax 610.231.8768



# Invoice



## New World Aviation

| DATE | INVOICE # |
|---|---|
| 6/20/2003 | 15656 |
| TERMS | DUE DATE |
| Net 30 | 7/20/2003 |
| REF# | T05290321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI 48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N211SJ | 05/29/03-06/03/03 | DTW/LGA/DET/CAE/DTW/DET | | |
| **DESCRIPTION** | | **QUANTITY** | **RATE** | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins Sky Phone Charges | | | 188.70 | 188.70 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| Total Due | $188.70 |
|---|---|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.





# New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 6/20/2003 | 15657 |
| TERMS | DUE DATE |
| Net 30 | 7/20/2003 |
| REF# | T05080321 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI 48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| GIIB/N211SJ | 05/08/03-05/12/03 | DET/LGA/DET/MDW/DTW/PDK | | |
| DESCRIPTION | | QUANTITY | RATE | AMOUNT |
| Lead Passenger: Mr. La-Van Hawkins<br>Sky Phone Charges | | | 50.47 | 50.47 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| Total Due | $50.47 |
|-----------|--------|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.



# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 6/24/2003 | 15679 |
| **TERMS** | **DUE DATE** |
| Net 30 | 7/24/2003 |
| REF# | T062003R1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI 48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|----------------------|------------|---------|---|---|
| Challenger 600/N116RA | 06/20/03-06/24/03 | See Below | | |
| **DESCRIPTION** | **QUANTITY** | **RATE** | | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins Routing: DET/CVG/MDW/BKL/CVG/MDW/DET/LGA/HPN/LGA/DET | | | | |
| Flight Time Charges | 9.7 | 3,250.00 | | 31,525.00T |
| Minimum Daily Fee | 0.3 | 3,250.00 | | 975.00T |
| Customer Service Representative | 5 | 350.00 | | 1,750.00T |
| Crew Overnight Expenses | 4 | 825.00 | | 3,300.00T |
| Landing Fees | | 1,700.00 | | 1,700.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | 57 | 3.00 | | 171.00 |
| Catering | | 616.38 | | 616.38 |
| Federal Excise Tax | | 7.50% | | 2,943.75 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| **Total Due** | **$42,981.13** |
|---------------|----------------|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.





# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 7/8/2003 | 15722 |
| TERMS | DUE DATE |
| Net 30 | 8/7/2003 |
| REF# | T070503R1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI 48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| Challenger 600/N116RA | 07/05/03-07/07/03 | DET/PDK/DET | | |
| **DESCRIPTION** | **QUANTITY** | **RATE** | | **AMOUNT** |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Flight Time Charges | 5 | 3,250.00 | | 16,250.00T |
| Minimum Daily Fee | 1 | 3,250.00 | | 3,250.00T |
| Customer Service Representative | 3 | 350.00 | | 1,050.00T |
| Crew Overnight Expenses | 2 | 825.00 | | 1,650.00T |
| Landing Fees | | 400.00 | | 400.00T |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | 4 | 3.00 | | 12.00 |
| Ground Transportation | | 181.04 | | 181.04 |
| Catering | | 55.31 | | 55.31 |
| Federal Excise Tax | | 7.50% | | 1,695.00 |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| **Total Due** | **$24,543.35** |
|---|---|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.



# Invoice

## New World Aviation

| DATE | INVOICE # |
|------|-----------|
| 7/19/2003 | 15795 |
| TERMS | DUE DATE |
| Net 30 | 8/18/2003 |
| REF# | T071703R1 |

**BILL TO**

La-Van Hawkins Food Group
607 Shelby St., Suite 200
Detroit, MI 48226

| AIRCRAFT/TAIL NUMBER | TRIP DATES | ROUTING | | |
|---|---|---|---|---|
| Challenger 600/N116RA | 07/17/03-07/19/03 | DET/SDF/LGA/SDF/DET | | |
| **DESCRIPTION** | **QUANTITY** | **RATE** | **AMOUNT** | |
| Lead Passenger: Mr. La-Van Hawkins | | | | |
| Flight Time Charges | 7.1 | 3,250.00 | 23,075.00T | |
| Customer Service Representative | 3 | 350.00 | 1,050.00T | |
| Crew Overnight Expenses | 2 | 825.00 | 1,650.00T | |
| Landing Fees | | 1,000.00 | 1,000.00T | |
| FAA Passenger Segment Fee (Per Passenger and Per Leg) | 9 | 3.00 | 27.00 | |
| Ground Transportation | | 1,539.84 | 1,539.84 | |
| Catering | | 151.62 | 151.62 | |
| Federal Excise Tax | | 7.50% | 2,008.13 | |

Thank you for flying New World Aviation, Inc.
We look forward to serving you again.

| **Total Due** | **$30,501.59** |
|---|---|

Any extraordinary charges not included above
(Catering, International Fees, Sky Phone, etc.) will
be billed when invoices are received.

A 1.5% fee will be added for any invoices that are
not paid within terms.



12:53 PM
09/09/03
Accrual Basis

# New World Aviation, Inc.
## A/R Aging Detail
### As of September 9, 2003

| Type | Date | Num | Name | Terms | Due Date | Aging | Open Balance |
|------|------|-----|------|-------|----------|-------|--------------|
| **Current** | | | | | | | |
| **Total Current** | | | | | | | |
| | | | | | | | |
| **1 - 30** | | | | | | | |
| Invoice | 07/19/2003 | 15795 | Hawkins Food Group:T071703R1 | Net 30 | 08/18/2003 | 22 | 30,501.59 |
| **Total 1 - 30** | | | | | | | 30,501.59 |
| | | | | | | | |
| **31 - 60** | | | | | | | |
| Invoice | 06/20/2003 | 15656 | Hawkins Food Group:T05290321 | Net 30 | 07/20/2003 | 51 | 188.70 |
| Invoice | 06/20/2003 | 15657 | Hawkins Food Group:T05080321 | Net 30 | 07/20/2003 | 51 | 50.47 |
| Invoice | 06/24/2003 | 15679 | Hawkins Food Group:T05230321 | Net 30 | 07/24/2003 | 47 | 42,981.13 |
| Invoice | 07/08/2003 | 15722 | Hawkins Food Group:T070503R1 | Net 30 | 08/07/2003 | 33 | 24,543.35 |
| **Total 31 - 60** | | | | | | | 67,763.65 |
| | | | | | | | |
| **61 - 90** | | | | | | | |
| Invoice | 05/13/2003 | 15492 | Hawkins Food Group:T05080321 | Net 30 | 06/12/2003 | 69 | 4,556.00 |
| Invoice | 05/14/2003 | 15595 | Hawkins Food Group:T05080321 | Net 30 | 06/13/2003 | 88 | 373.95 |
| Invoice | 05/26/2003 | 15548 | Hawkins Food Group:T052503D1 | Net 30 | 06/25/2003 | 76 | 25,808.53 |
| Invoice | 05/28/2003 | 15558 | Hawkins Food Group:T04230321 | Net 30 | 06/27/2003 | 74 | 242.57 |
| Invoice | 05/28/2003 | 15562 | Hawkins Food Group:T040203M1 | Net 30 | 06/27/2003 | 74 | 327.86 |
| Invoice | 06/03/2003 | 15591 | Hawkins Food Group:T05290321 | Net 30 | 07/03/2003 | 68 | 55,268.41 |
| **Total 61 - 90** | | | | | | | 86,571.33 |
| | | | | | | | |
| **> 90** | | | | | | | |
| Invoice | 04/24/2003 | 15427 | Hawkins Food Group:T04230321 | Net 30 | 05/24/2003 | 108 | 10,518.00 |
| Invoice | 04/29/2003 | 15448 | Hawkins Food Group:T042903M1 | Net 30 | 05/29/2003 | 103 | 13,813.16 |
| Invoice | 04/30/2003 | 15463 | Hawkins Food Group:T040203M1 | Net 30 | 06/05/2003 | 96 | 4,878.35 |
| **Total > 90** | | | | | | | 29,209.51 |
| | | | | | | | |
| **TOTAL** | | | | | | | 214,046.08 |

JS 44 11/99 **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: Wayne

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

ORIGINAL

05-70990

**I. (a) PLAINTIFFS**

NEW WORLD AVIATION, INC.

(b) County of Residence of First Listed: Lehigh County, PA 58888

**DEFENDANTS**

AVAN TAWKINS

County of Residence of First Listed: Wayne

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Name, Address and Telephone Number)

WALTON & DONNELLY, P.C.
By: Jonathan T. Walton, Jr. (P32969)
535 Griswold Street, 1550 Buhl Building
Detroit, MI 48226 (313) 963-8989

Attorneys (If Known)

JUDGE AVERN COHN / MAGISTRATE JUDGE R. STEVEN WHALEN

70990

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment and Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel And Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury—Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21: 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

POSSIBLE COMPANION CASE

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC Section 1332 Breach of Contract.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 $ DEMAND $214,046.00 CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE Bernard A. Friedman DOCKET NUMBER 03-74565

DATE March 14, 2005 SIGNATURE OF ATTORNEY OF RECORD

x Jonathan T. Walton, Jr. (P32969)

## PURSUANT TO LOCAL RULE 83.11

1.     **Is this a case that has been previously dismissed?**

     ☒ Yes
     ☐ No

If yes, give the following information:

Court: _US District Court_

Case No.: _03-74565_

Judge: _Bernard A Friedman_

2.     **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**

     ☒ Yes
     ☐ No

If yes, give the following information:

Court: _U.S District Court_

Case No.: _03-74565_

Judge: _Bernard A Friedman_

Notes: