**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NEW WORLD AVIATION, INC.
a New Jersey Corporation,

        Plaintiff,

v.

LA-VAN HAWKINS,
an individual,

        Defendant.
_____/

Case No. 05-70990
Hon. Julian Abele Cook, Jr.
Magistrate Judge R. Steven Whalen

**STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST**

Pursuant to LR 83.4, **New World Aviation, Inc.** makes the following disclosure:
[NOTE: A negative report, if appropriate, is required.]

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ___     No _X_

    If the answer is "Yes," list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ___     No _X_

    If the answer is "Yes," list the identity of such corporate or affiliate and the nature of the financial interest:

| | |
|---|---|
| s/ Jonathan T. Walton, Jr. | April 4, 2005 |
| Signature of Counsel | Date |